**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,                         )<br>                                                              )<br>                    Plaintiff,            )<br>           v.                                            )<br>                                                              )<br>Ramon Perez,                                     )<br>                                                              )<br>                    Defendant.       )<br>_____) | CR-12-413-PHX-ROS<br><br>ORDER OF DETENTION |

Defendant was released on his own recognizance on May 8, 2012. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release. Defendant was arrested and appears before the Court with counsel.

Counsel for defendant advises the Court that defendant wishes to waive his right to a hearing and admit the allegations contained in the petition. The Court addressed defendant and advised defendant of his right to remain silent, to continued representation by counsel, to provide evidence on his behalf, and the government's obligation to prove that defendant violated at least one condition of release by clear and convincing evidence. Defendant advised he understood these rights and confirmed that he wanted to waive his right to a hearing and admit.

The Court addressed defendant regarding, the allegations contained in the petition and he admitted the allegations.

The Court finds that defendant is guilty of violating his pretrial release conditions and there is a factual basis for the admission. Further, that the admission was entered into knowingly, intelligently, voluntarily, and without coercion or promises.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 3rd day of July, 2012.

*[Signature]*
Edward C. Voss
United States Magistrate Judge